## City of Evanston v. Minnie Dowden.

1. APPEAL—*Does Not Lie from a Verdict Without Judgment.*— From a verdict without a judgment an appeal can not be prosecuted.

**Memorandum.**—Suit for violation of an ordinance. In the Criminal Court of Cook County. The Hon. JAMES GOGGIN, Judge, presiding. Verdict of not guilty under instructions from the court; appeal by plaintiff. Appeal dismissed at the October term of this court, 1894. Opinion filed October 15, 1894.

GEORGE S. BAKER, attorney for appellant.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The final entry on the record below in this case is, *inter alia,* "The court now here instructs the aforesaid jury to return a verdict of not guilty, which is done, to the rendition and entry of which judgment the plaintiff, by its attorney, now here excepts and prays an appeal," etc.

There is no judgment, not even a verdict. Roff v. Anderson, 43 Ill. App. 575. And from a verdict without judgment, an appeal can not be prosecuted. Reedy Co. v. Pitvowsky, 35 Ill. App. 364.

The appeal is dismissed.